UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


SEALED DOCUMENT

In the Matter of the Application
for a Search Warrant for
Computer servers at Google,
an e-mail provider located
at 1600 Amphitheatre Parkway,
Mountain View, CA 94043

1:11-mj-88-01
UNDER SEAL - LEVEL I

## 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the government seeking an Order precluding Google from notifying any person of the existence of the Search Warrant pertaining the e-mail account **rr2514@gmail.com** finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of or tampering with evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Google shall not notify any person of the existence of the Search Warrant, for a period of ninety (90) days.

December 9, 2011

_____
Landya B. McCafferty
United States magistrate Judge